Eddie Simms #58128-053
FCI Fort Dix
P.O. Box 2000
Fort Dix, NJ 08640-0902

October 24, 2007

U.S. Courthouse
Middle Distric of Pennsylvania
228 Walnut Street
P.O. Box 98
Harrisburg, PA 17108

RE: Docket Number 1:CR-00-32-001

Honorable Clerk of the Court:

I am writing to request the current status of my previously filed
2255 motion that was submitted to the court approximately in
October of 2005. Additionally, please notify me of the most
recent entry on my docket sheet. Finally, I would like to request
a copy or transcript of my docket sheet- I would appreciate it if
you would inform me how to request one.

Respectfully,

Eddie Simms

USA FIRST-CLASS FOREVER

TRENTON NJ 086

24 OCT 2007 PM 1 L

INMATE NAME: HR Eddie Sims
REGISTER NO.: 59728-053
HOUSING UNIT: 5872
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
P.O. BOX 2000
P.O. BOX 7000
FORT DIX, NJ 08640

U.S. Courthouse (Clerks office)
Middle District of Pennsylvania
228 Walnut Street
P.O. Box 98
Harrisburg, PA 17108