**FILED**
HARRISBURG, PA

00 - CR - 32

JAN - 2 2009          December 26, 2007

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

Dear Hon. Judge KANE,

My Name is Eddie Sims and I stood before you on October 12, 2000. I received a Sentence of 120 months and 2 years Supervised release. I am currently Serving that Sentence at F.C.I. Fort Dix, New Jersey.

Recently under Separate Cover I sent the clerk of Courts a motion requesting a Two (2) point reduction in my original offense level/Sentence in accordance with the crack Cocaine amendment 201.1 to the Federal Sentencing guidlines when retroactivity takes effect in March, 2008.

As you review my record and see how I spent my time while being incarcerated I hope you will conclude that I am not the Same person who stood in your courtroom over 7 years ago. I have always been a strong person and once I have committed myself to do Something I put everything I have into it. I'm proud of the programming that I've done as well as any job I've been assigned to. In short, I've grown up while incarcerated.

In addition, I also ask your assistance in helping me to keep my family together. The U.S. Probation office has recently rejected my request to relocate and join my future wife and her son in Northern Georgia. Not even giving me an explanation why. Since my future family is residing in Hampton, Georgia I request to be transferred to the Supervision of the U.S. Probation office in the Northern District of Georgia.

My future wife, Tammy S. Evans and her Son Brian R. Evans moved to Hampton, Georgia 7 years ago. It is our plan to get married as Soon as possible after my release from prison.

Tammy, Brian and my mother (Mrs. Shirley A Sims) are my Support System. Of course my mother was always there for

me with unwavering support not blind love, but always support until her untimely death on July 8, 2007.

I have Tammy and Brian left as close family in my life and don't want to lose them. They as well as I have endured years of emotional hardships and normal family depravations due to my incarceration. I am pleading to be able to live with them as a normal family in an area they are established and doing very well in.

Brian is fifteen (15) years old and is looking forward to having me at home with him and his mother. He needs a father. He has waited a long time for me to come home and I pray I don't have to disappoint him and his mother.

This relocation is part of my rehabilitation and I want to continue to better myself and my family.

I would like to thank you in advance for any consideration you are able to give my situation. I pray that you take in all my accomplishments I have achieved during my incarceration should my motion be granted.

Sincerely,

Eddie Simms

USA FIRST-CLASS FOREVER

TRENTON NJ 086

27 DEC 2007 PM 3 L

INMATE NAME: MR. Eddie Sims
REGISTER NO.: 59128-053
HOUSING UNIT: 5812
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 4000
P.O. BOX 2000
P.O. BOX 9000
FORT DIX, NJ 08640

Office of the clerk
United States District court
Middle District of Pennsylvania
U.S. Courthouse
c/o Hon. Judge Y. Kane
228 Walnut Street
P.O. Box 963
Harrisburg, PA 17108
17108-0983