IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 1:00-CR-00032 |
| | : | |
| v. | : | (Chief Judge Kane) |
| | : | |
| EDDIE SIMMS | : | (Electronically Filed) |
| | : | |

## ORDER OF COURT

**AND NOW** this _____ day of _____, 2008, upon consideration of the defendant's Emergency Motion for Relief Under 18 § 3582 (c)(2),

**IT IS HEREBY ORDERED** that this motion is **GRANTED**. The defendant's sentence is amended to time served, effective March 3, 2008. All other aspects of the original judgment imposed October 12, 2000 remain in effect.

BY THE COURT:

_____
YVETTE KANE, CHIEF
UNITED STATES DISTRICT JUDGE