AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Middle District of Pennsylvania

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Eddie Simms | ) Case No: 1:00-CR-32 |
| | ) USM No: |
| Date of Previous Judgment: 10/12/2000 | ) Lori J. Ulrich |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __120__ months **is reduced to** __Time Served__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: 29    Amended Offense Level: 27
Criminal History Category: IV    Criminal History Category: IV
Previous Guideline Range: 121 to 151 months    Amended Guideline Range: 100 to 120 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**
Due to a plea agreement, Defendant's original sentence was capped at 120 months.

Except as provided above, all provisions of the judgment dated __10/12/2000__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 03/03/2008

Judge's signature

Effective Date: 03/13/2008
(if different from order date)

Yvette Kane, Chief Judge
Printed name and title